UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CRIMINAL ACTION NO. 14-2-DLB-EBA-2

UNITED STATES OF AMERICA                                                      PLAINTIFF

vs.        ORDER ADOPTING REPORT AND RECOMMENDATION

RASHAN A. PATTERSON                                                            DEFENDANT

*******************

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Edward Atkins, wherein he recommends that Rashan A. Patterson's Motion to Vacate pursuant to 28 U.S.C. § 2255 be transferred to the Sixth Circuit Court of Appeals (Doc. # 149). Magistrate Judge Atkins reached this conclusion because the law is clear that, before a district court can consider a second or successive habeas petition, the petitioner must move the appropriate court of appeals for an order authorizing the second or successive application. 28 U.S.C. § 2244(b)(3)(A); see also *Burton v. Stewart*, 549 U.S. 147, 153 (2007). Where, as here, a defendant files a second or successive petition without § 2244(b)(3)(A) authorization, the district court must transfer the application to the Sixth Circuit pursuant to 28 U.S.C. § 1631.

The time period for filing objections to Magistrate Judge Atkins' R&R has lapsed. Therefore, the R&R is ripe for review. The R&R being sound in all respects, including the recommended transfer to the Sixth Circuit, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's R&R (Doc. # 149) is adopted as the Opinion of the Court; and

(2) Defendant's Motion to Vacate (Doc. #147) is hereby **transferred** to the Sixth Circuit pursuant to 28 U.S.C. § 1631 so that it may determine whether to authorize Defendant's second or successive petition.

This 10th day of May, 2016.



Signed By:
*David L. Bunning*  DB
United States District Judge

K:\DATA\ORDERS\Ashland Criminal\2014\14-cr-2-2 Order Adopting R&R DE 149.wpd